# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIDEOAMP, INC.,<br><br>Defendant. | C.A. No. 24-123 (RGA) |

## DEFENDANT VIDEOAMP, INC.'S MOTION TO DISMISS

Defendant VideoAmp, Inc. respectfully moves this Court to dismiss Plaintiff The Nielsen Company (US), LLC's Complaint (D.I. 1), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Plaintiff's Opening Brief in Support of its Motion to Dismiss for failure to state a claim, which is being filed contemporaneously herewith.

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
 Susan E. Morrison (#4690)
 Taylor Reeves (#6900)
 222 Delaware Avenue, 17th Floor
 Wilmington, DE 19801
 Telephone: (302) 652-5070
 smorrison@fr.com
 reeves@fr.com

 Aamir A. Kazi
 Benjamin K. Thompson
 Kevin Collareno
 Fish & Richardson P.C.
 1180 Peachtree Street NE, 21st floor
 Atlanta, GA 30309
 Telephone: (404) 892-5005

kazi@fr.com
thompson@fr.com
collareno@fr.com

*Attorneys for Defendant
VideoAmp, Inc.*

Dated: April 22, 2024

2