IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>          Plaintiff,<br><br>v.<br><br>VIDEOAMP, INC.,<br><br>          Defendant. | C.A. No. 24-123 (RGA) |

**DEFENDANT VIDEOAMP, INC.'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendant VideoAmp, Inc. requests oral argument on its Motion to Dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (D.I. 8.) Briefing on the motion is now complete. (D.I. 9, D.I. 15, and D.I. 17.)

Dated: June 12, 2024

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
    Susan E. Morrison (#4690)
    Taylor Reeves (#6900)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899
    Telephone: (302) 652-5070
    morrison@fr.com
    reeves@fr.com

    Aamir A. Kazi
    Benjamin K. Thompson
    Kevin Collareno
    Fish & Richardson P.C.
    1180 Peachtree Street NE, 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005
    kazi@fr.com
    thompson@fr.com
    collareno@fr.com

*Attorneys for Defendant*